IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA CLEWIS MAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 04-0695-P-B |
| | ) | |
| A PARCEL OF LAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING ASIDE DEFAULT

On December 12, 2005, in this Complaint to quiet title removed to this federal district court pursuant to 28 U.S.C. § 1444, and § 2410 (docs.1, 7, 36), this court denied plaintiff's Motion For Default Judgment against defendant Irene N. Trotter, noting however, that the Clerk's Entry of Default against defendant Trotter would "REMAIN IN EFFECT." (doc.58, p.4).

Currently, pending before this court is defendant Trotter's Motion to Set Aside Entry of Default and Brief In Support Thereof filed December 6, 2005 (doc.57), along with defendant Trotter's Answer to plaintiff's Complaint and First Amended Complaint (doc.56). The court afforded the other parties to this action through December 21, 2005, to respond to plaintiff's Motion (doc.59). No responses have been filed. Therefore, defendant Trotter's Motion is due to be granted.

Accordingly, it is ORDERED that defendant Trotter's Motion to Set Aside Entry of Default (doc.57), is hereby GRANTED.

DONE this 11th day of January, 2006.

    S/Virgil Pittman
SENIOR UNITED STATES DISTRICT JUDGE